UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                          :
In re PAYMENT CARD INTERCHANGE    :     MDL No. 1720(JG)(JO)
FEE AND MERCHANT DISCOUNT          :
ANTITRUST LITIGATION                       :
                                                          :
This Document Relates To:                    :
                                                          :
ALL CLASS ACTIONS.                           :
                                                          :
-------------------------------------------------------x

## MOTION OF U.S. PUBLIC INTEREST RESEARCH GROUP FOR LEAVE TO SUBMIT A MEMORANDUM OF LAW AS *AMICUS CURIAE*

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of [Proposed}

*Amicus Curiae* U.S. Public Interest Research Group in Opposition to Class Plaintiffs' Motion for

Preliminary Approval of Proposed Class Settlement, proposed *amicus curiae* United States

Public Interest Research Group hereby moves this Court for leave to submit a memorandum of

law as *amicus curiae* in this matter.

 Dated:  November 7, 2012

                                                          Respectfully submitted,

                                                           /s/ Robert L. Begleiter
                                                          Robert L. Begleiter
                                                          Schlam Stone & Dolan LLP
                                                          26 Broadway
                                                          New York, NY  10004
                                                          Phone: 212-344-5400
                                                          Fax: 212-344-7677
                                                          rbegleiter@schlamstone.com

                                                          *Attorneys for Amicus Curiae U.S. PIRG*

355717.1